PETER H. CUTTITTA, ESQ. - SBN 76176
JAMES E. SIMON, ESQ. - SBN 62792
PORTER - SIMON
40200 Truckee Airport Road
    Suite 1
Truckee, California 96161
Telephone: (530) 587-2002
Facsimile: (530) 587-1316

ROBERT E. DICKEY, JR.
Law Offices of Robert E. Dickey, Jr.
Nevada State Bar No. 653
1610 Montclair Avenue
   Suite A
Reno, Nevada  89509
Telephone: (775)324-4010
Facsimile: (775) 324-4012

Attorneys for RICHARD SCHIELD and
     DANA DICKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA DICKEY, RICHARD SCHIELD,          Case No. 2:05-CV-02373-MCE GGH

        Plaintiffs,

        v.

DOUGLAS AUER, AN INDIVIDUAL,
LINDA CARR, AN INDIVIDUAL, LINDA
CARR AS TRUSTEE OF THE 1995
LINDA CARR REVOCABLE TRUST, RIO
DE LAS PLUMAS DEVELOPMENT GROUP,
INC., A CALIFORNIA CORPORATION,
RIO DE LAS PLUMAS LLC, A CALIFORNIA
LIMITED LIABILITY COMPANY, RIDGE
AT PORTOLA HEIGHTS, LLC, A
CALIFORNIA LIMITED LIABILITY
COMPANY, SIERRA RIDGE, LLC, A
CALIFORNIA LIMITED LIABILITY
COMPANY, AND DOES 1-50,

        Defendants.
_____/
AND RELATED COUNTER CLAIMS AND
THIRD PARTY CLAIMS
_____/

**~~PROPOSED~~ ORDER**

IT IS HEREBY ORDERED that the time within which to file the Joint Status Report and the F.R.C.P. 26(a)(l) disclosures in this matter is hereby extended through March 20th, 2006.

DATED: February 7, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE