PETER H. CUTTITTA – SBN 76176
**PORTER ·SIMON**
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone:  (530) 587-2002
Facsimile:   (530) 587-1316

**ROBERT E. DICKEY, JR**.
**Law Offices of Robert E. Dickey, Jr**. – Nev. SBN 653
1610 Montclair Avenue, Suite A
Reno, Nevada 89509 Telephone:
(775)324-4010 Facsimile: (775) 324-4012
Attorneys for Plaintiffs,
DANA DICKEY, RICHARD SCHIELD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA DICKEY, RICHARD SCHIELD,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS AUER, AN INDIVIDUAL, LINDA CARR, AN INDIVIDUAL, LINDA CARR AS TRUSTEE OF THE 1995 LINDA CARR REVOCABLE TRUST, 1995 LINDA CARR REVOCABLE TRUST, RIO DE LAS PLUMAS DEVELOPMENT GROUP, INC., A CALIFORNIA CORPORATION, RIO DE LAS PLUMAS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, RIDGE AT PORTOLA HEIGHTS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, SIERRA RIDGE, LLC, A CALIFORNIA LIMITED LIABILITY | Case No: **2:05-CV-2373-MCE-GGH**<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO THIRD PARTY COMPLAINT AND COUNTER-CLAIM AND ORDER THEREON |

**LAW OFFICE OF**
**PORTER ·SIMON**
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone: (530) 587-2002
**Facsimile:  (530) 587-1316**

PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

1  COMPANY, AND DOES 1-50,            )
                                       )
2                                      )
              Defendants.              )
3  _____

4  And Related Counter Claims and Third
   Party Claims.
5  _____

6         IT IS HEREBY stipulated by and between the parties to the above-entitled action
7  through their respective counsel of record that ROBERT E. DICKEY, Jr., individually and as co-
8  trustee of D& B Family Trust dated January 9, 1991, shall have to, and including, March 3, 2006,
9  within which to respond to the "Counter Claim and Third Party Complaint of Douglas Auer, and
10 Linda Carr, individually and as trustee of the 1995 Linda Carr Revocable Trust, For Damages and
11 Declaratory Relief and Injunctive Relief".

12        It is further stipulated that, in consideration of the above extension of time, Plaintiffs and
13 Cross-Defendant Robert E. Dickey, Jr. shall refrain from noticing any foreclosure sale under the
14 promissory note and deed of trust executed by Defendant LINDA CARR for a period of ten (10)
15 days from February 23, 2006.

16        It is further stipulated that the inclusion of reference herein to Robert E. Dickey, Jr. as one
17 of the parties to be bound by the agreement to refrain from noticing any foreclosure sale as
18 described above shall not be construed as a general appearance herein, a voluntary submission to
19 the jurisdiction of the Court, or a waiver of any claim that the Court lacks jurisdiction over him,
20 and the Defendants/Counter-Claimants/Third Party Plaintiffs shall not advance any argument that
21 his inclusion as one to be bound herein constitutes a general appearance herein, a voluntary
22 submission to the jurisdiction of the Court, or a waiver of any claim that the Court lacks
23 jurisdiction over him.

24        **DATED:** FEBRUARY 16, 2006       **PORTER · SIMON**
                                             Professional Corporation
25

26                                           By: *S/PETER H. CUTTITTA*
                                             PETER H. CUTTITTA
27                                           Attorneys for Plaintiffs,
28                                           DANA DICKEY AND RICHARD SCHIELD

**LAW OFFICE OF**
**PORTER ·SIMON**
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone: (530) 587-2002
**Facsimile:  (530) 587-1316**

PDF created with pdfFactory trial version www.pdffactory.com

1
2   DATED: _____     WILSON & QUINT LLP
3
4                                By: **/s/ MATTHEW F. QUINT**
                                 Matthew F. Quint, Esq.
5                                Attorneys for Defendants, Counter-Claimants and
                                 Third Party Plaintiffs DOUGLAS AUER and
6                                LINDA CARR, individually and as Trustee of the
                                 1995 LINDA CARR REVOCABLE TRUST
7
8
9
10                                   **ORDER**
11   Good cause appearing therefore, IT IS SO ORDERED.
12
13   **DATED:** February 23, 2006
14                                 _____
15                                 MORRISON C. ENGLAND, JR
                                   UNITED STATES DISTRICT JUDGE
16

**LAW OFFICE OF**
**PORTER · SIMON**
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone: (530) 587-2002
**Facsimile: (530) 587-1316**

PAGE 3

PDF created with pdfFactory trial version www.pdffactory.com