PETER H. CUTTITTA, ESQ. – SBN 76176
JAMES E. SIMON, ESQ. – SBN 62792
PORTER - SIMON
40200 Truckee Airport Road
    Suite 1
Truckee, California  96161
Telephone:  (530) 587-2002
Facsimile:   (530) 587-1316

ROBERT E. DICKEY, JR.
Law Offices Of Robert E. Dickey, Jr.
Nevada State Bar No. 653
1610 Montclair Avenue
    Suite A
Reno, Nevada  89509
Telephone:  (775) 324-4010
Facsimile:   (775) 324-4012

Attorneys for ROBERT SCHIELD and
    DANA DICKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA DICKEY, RICHARD SCHIELD, | Case No. 2:05-CV-2373-MCE-GGH |
| Plaintiffs, | |
| v. | |
| DOUGLAS AUER, AN INDIVIDUAL, LINDA CARR, AN INDIVIDUAL, LINDA CARR AS TRUSTEE OF THE 1995 LINDA CARR REVOCABLE TRUST, RIO DE LAS PLUMAS DEVELOPMENT GROUP, INC., A CALIFORNIA CORPORATION, RIO DE LAS PLUMAS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, RIDGE AT PORTOLA HEIGHTS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, SIERRA RIDGE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, AND DOES 1-50, | |
| Defendants. | |
| AND RELATED COUNTER CLAIMS AND THIRD PARTY CLAIMS | |

1

PDF created with pdfFactory trial version www.pdffactory.com

**SUBSTITUTION OF ATTORNEYS**

LOUIS J. ANAPOLKSY and the law firm of KNOX, LEMMON & ANAPOLSKY are hereby substituted as counsel of record for Plaintiffs, DANA DICKEY and RICHARD SCHIELD, in the above-captioned matter, in the place and stead of PETER H. CUTTITTA and the law firm of PORTER SIMON.

DATED this 24th day of February, 2006.

/s/ Dana Dickey
DANA DICKEY

/s/ Richard Schield
RICHARD SCHIELD

The undersigned hereby consent to the substitution of LOUIS J. ANAPOLSKY and the law firm of KNOX, LEMMON & ANAPOLSKY as attorney for the above-named Plaintiffs in the place and stead of PETER H. CUTTITTA and the law firm of PORTER SIMON.

DATED this 27 day of February, 2006.

PORTER – SIMON

By /s/ Peter H. Cuttitta
PETER H. CUTTITTA

The undersigned hereby agree to be substituted in the place and stead of PETER H. CUTTITTA and the law firm of PORTER SIMON in the above-captioned matter, as the attorney for the Plaintiffs, DANA DICKEY and RICHARD SCHIELD.

DATED this 28th day of February, 2006.

KNOX, LEMMON & ANAPOLSKY

By /s/ Louis J. Anapolsky
LOUIS J. ANAPOLSKY

2

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

IT IS SO ORDERED. The substitution of attorneys is granted. The hearing date of April 3, 2006 on Plaintiffs' Motion for Substitution of Attorney is vacated.

DATED: March 7, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com