MATTHEW F. QUINT, ESQ. – SBN 54369
GREGORY F. WILSON, ESQ. – SBN 78598
**WILSON & QUINT LLP**
250 Montgomery Street, 11th Floor
San Francisco, California 94104
Telephone: 415.288.6700
Facsimile:  415.398.1608

Attorneys for Defendants, Counter-Claimants
and Third Party Plaintiffs DOUGLAS AUER
and LINDA CARR, individually and as Trustee of
the 1995 LINDA CARR REVOCABLE TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA DICKEY, RICHARD SCHIELD,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS AUER, AN INDIVIDUAL, LINDA CARR, AN INDIVIDUAL, LINDA CARR AS TRUSTEE OF THE 1995 LINDA CARR REVOCABLE TRUST, RIO DE LAS PLUMAS DEVELOPMENT GROUP, INC., A CALIFORNIA CORPORATION, RIO DE LAS PLUMAS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, RIDGE AT PORTOLA HEIGHTS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, SIERRA RIDGE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, AND DOES 1-50,<br><br>Defendants.<br><br>AND RELATED COUNTER CLAIMS AND THIRD PARTY CLAIMS | Case No.  2:05-CV-02373-MCE-GGH<br><br>**STIPULATION (1) TO CONTINUE HEARING DATE AND MOTION FOR PRELIMINARY INJUNCTION; (2) TO DEFER RECORDATION OF NOTICE OF FORECLOSURE SALE; AND ORDER THEREON** |

The following stipulation is entered into by and between the parties to the above-entitled action through their respective counsel of record with reference to the following facts:

1

PDF created with pdfFactory trial version www.pdffactory.com

A. On November 23, 2005, plaintiff Dana Dickey and third party defendant Robert E. Dickey, Jr. ("Dickeys") caused to be recorded a Notice of Default and Election to Sell Under Deed of Trust on certain property owned by defendant Linda Carr, as trustee (the "Carr Property").

B. On November 23, 2005, Plaintiffs filed their complaint in this action. In conjunction with the filing of the complaint, Plaintiffs also recorded, on November 23, 2005, a Notice of Pendency of Action ("Lis Pendens") on the Carr Property.

C. On January 27, 2006, Defendants filed a Motion to Expunge Lis Pendens which was set for hearing before the Court on March 6, 2006.

D. On February 14, 2006, Defendants filed a Motion for Preliminary Injunction to enjoin the foreclosure sale on the Carr Property. That motion currently is set for hearing on March 20, 2006.

E. On or about February 16, 2006, the parties filed a Stipulation to Extend Time to Respond to Third Party Complaint and Counter-Claim and Order thereon. As part of that stipulation, Plaintiffs and Third Party Defendant Robert E. Dickey, Jr. agreed to refrain from noticing any foreclosure sale on the Carr Property prior to March 6, 2006.

F. On March 3, 2006, the Court, on its own motion, continued the date of the hearing on Defendants' Motion to Expunge Lis Pendens from March 6, 2006 to April 3, 2006.

G. The parties believe that the interests of justice will best be served if the Court can hear the pending Motion to Expunge Lis Pendens and the pending Motion for Preliminary Injunction on the same date, prior to Dickeys' proceeding with their foreclosure rights, if any, on the Carr Property.

In light of the foregoing facts, IT IS HEREBY STIPULATED by and between the parties to the above entitled action through their respective counsel of record as follows:

2

PDF created with pdfFactory trial version www.pdffactory.com

1.      The hearing on Defendants' Motion for Preliminary Injunction is continued from March 20, 2006 to April 3, 2006 at 9:00 a.m. in Courtroom 3.  The dates to file opposition and reply pleadings in connection with the Motion for Preliminary Injunction shall be governed by the continued hearing date rather than the original hearing date.

2.      Plaintiffs and Third Party defendant Robert E. Dickey shall not deliver or record any notice of foreclosure sale on the promissory note and deed of trust executed by defendant Carr and secured by the Carr Property until this Court has ruled on the pending Motion to Expunge Lis Pendens and Motion for Preliminary Injunction.

DATED:  March 6, 2006

WILSON & QUINT LLP

By /s/  MATTHEW F. QUINT
         Matthew F. Quint, Esq.
Attorneys for Defendants, Counter-Claimants and Third Party Plaintiffs DOUGLAS AUER and LINDA CARR, individually and as Trustee of the 1995 LINDA CARR REVOCABLE TRUST

DATED:  March 6, 2006

KNOX, LEMMON & ANAPOLSKY

By /s/  LOUIS J. ANAPOLSKY
         Louis J. Anapolsky
Attorneys for Plaintiffs and Counter-Defendants DANA DICKEY and RICHARD SCHIELD

DATED:  March 6, 2006

FARBSTEIN & BLACKMAN, APC

By /s/  JOHN S. BLACKMAN
         John S. Blackman
Attorneys for Third Party Defendant ROBERT E. DICKEY, JR.

3

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing therefore, IT IS SO ORDERED.

DATED: March 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4

PDF created with pdfFactory trial version www.pdffactory.com