```
1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10
11
    DANA DICKEY and RICHARD
12  SCHIELD,
                                        2:05-cv-2373-MCE-GGH
13            Plaintiffs,

14       v.                             MEMORANDUM AND ORDER

15  DOUGLAS AUER, an Individual,
    LINDA CARR, Individually and
16  as Trustee of the 1995 Linda
    Carr Revocable Trust, RIO DE
17  LAS PLUMAS DEVELOPMENT GROUP,
    INC., a California
18  Corporation, RIO DE LAS
    PLUMAS, LLC, a California
19  Limited Liability Company,
    RIDGE OF PORTOLA HEIGHTS, LLC,
20  a California Limited Liability
    Company, SIERRA RIDGE, LLC, a
21  California Limited Liability
    Company, and DOES 1-50,
22
              Defendants.
23
    _____
24

25  DOUGLAS AUER, Individually and
    as Trustee of the 1995 Linda
26  Carr Revocable Trust, LINDA
    CARR, Individually and as
27  Trustee of the 1995 Linda Carr
    Revocable Trust,
28

                              1
```

|   |   |
|---|---|
| 1 | Counter Claimants, |
| 2 | v. |
| 3 | DANA DICKEY, an Individual, and RICHARD SCHIELD, an Individual, |
| 5 | Counter Defendants. |

_____

DOUGLAS AUER, an Individual, and LINDA CARR, Individually and as Trustee of the 1995 Linda Carr Revocable Trust,

        Third Party
        Plaintiffs,

  v.

ROBERT E. DICKEY, JR., Individually and as Co-Trustee of the D&B Family Trust Dated 1/9/91,

        Third Party
        Defendant.

----oo0oo----

On June 6, 2006, Defendants, Cross Claimants and Third Party Plaintiffs Douglas Auer and Linda Carr ("Defendants") submitted a Motion for Reconsideration of this Court's Order dated May 18, 2006.[1]  That Order denied Defendants' Motion for Preliminary Injunction and Motion to Expunge Lis Pendens.

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

2

1  Pursuant to Local Rule 78-230(k), an application for
2 reconsideration must set forth, by affidavit or brief, any new
3 material facts and circumstances that support a claim that the
4 Court's previous ruling be revisited.  Here Defendants failed to
5 offer any such new evidence bearing on the Court's prior ruling;
6 rather, Defendants simply want the Court to revisit its previous
7 Order based almost solely on the foreclosure sale of the subject
8 property noticed for June 21, 2006.  The instant request is
9 consequently deficient on that ground alone.  In addition,
10 however, Defendants' request offers nothing substantively in any
11 event to change the analysis set forth in this Court's Order of
12 May 18, 2006.
13  For the reasons set forth above, Defendants' Motion for
14 Reconsideration is denied.
15  IT IS SO ORDERED.
16 DATED: June 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE