1  KNOX, LEMMON & ANAPOLSKY, LLP
   Louis J. Anapolsky, SBN 088485
2  Holly Harman, SBN 170314
   Anthony J. Garafola, SBN 155025
3  One Capitol Mall, Suite 700
   Sacramento, CA 95814
4  Telephone:  (916) 498-9911
   Facsimile:  (916) 498-9991

5

6  LAW OFFICES OF ROBERT E. DICKEY, JR.
   Robert E. Dickey, Jr., Nevada SBN 653
7  1610 Montclair Avenue, Suite A
   Reno, NV  89509
8  Telephone:  (775) 324-4010
   Facsimile:  (775) 324-4012

9  Attorneys for Plaintiffs and Counter-Defendants
   DANA DICKEY and ROBERT SCHIELD and
10 Third Party Defendant ROBERT E. DICKEY, JR.

11            IN THE UNITED STATES DISTRICT COURT

12          FOR THE EASTERN DISTRICT OF CALIFORNIA

13 DANA DICKEY, RICHARD SCHIELD,          Case No. 2:05-CV-2373-MCE-GGH

14       Plaintiffs,

15 v.

16 DOUGLAS AUER, AN INDIVIDUAL,
   LINDA CARR, AN INDIVIDUAL,
17 LINDA CARR AS TRUSTEE OF THE          **STIPULATION TO CONTINUE VDRP**
   1995 LINDA CARR REVOCABLE            **MEDIATION AND ORDER THEREON**
18 TRUST, RIO DE LAS PLUMAS
   DEVELOPMENT GROUP, INC., A
19 CALIFORNIA CORPORATION, RIO          DATE:     July 17, 2006
   DE LAS PLUMAS, LLC, A                TIME:     1:00 p.m
20 CALIFORNIA LIMITED LIABILITY
   COMPANY, RIDGE AT PORTOLA            Mediator: Charity Kenyon
21 HEIGHTS, LLC, A CALIFORNIA           Location:  2500 Venture Oaks Way, Suite 220
   LIMITED LIABILITY COMPANY,                      Sacramento, California  95833
22 SIERRA RIDGE, LLC, A CALIFORNIA
   LIMITED LIABILITY COMPANY,
23 AND DOES 1-50,

24       Defendants.

25 DOUGLAS AUER AND LINDA CARR,
   INDIVIDUALLY AND AS TRUSTEE
25 OF THE 1995 LINDA CARR
   REVOCABLE TRUST,
26

27       Counter-Claimants,

28

KNOX, LEMMON & ANAPOLSKY, LLP
One Capitol Mall, Suite 700, Sacramento, CA 95814
Tele: (916) 498-9911 Fax: (916) 498-9991

1

v.

RICHARD SCHIELD, DANA DICKEY,
INDIVIDUALLY AND AS CO-
TRUSTEE OF THE D&B FAMILY
TRUST DATED JANUARY 9, 1991,

     Counter-Defendants.

_____

DOUGLAS AUER AND LINDA CARR,
INDIVIDUALLY AND AS TRUSTEE
OF THE 1995 LINDA CARR
REVOCABLE TRUST,

     Third Party Plaintiffs,

v.

ROBERT E. DICKEY, JR.,
INDIVIDUALLY AND AS CO-
TRUSTEE OF THE D&B FAMILY
TRUST DATED JANUARY 9, 1991;
AND ROES 1 through 10, inclusive.

     Third Party Defendants.

IT IS HEREBY STIPULATED by and between counsel for the parties hereto that the VDRP mediation presently scheduled for July 17, 2006, before mediator Charity Kenyon, is agreed to be continued to a date to be re-set by the Court. On June 20, 2006, Defendant LINDA CARR, individually and as Trustee of the 1996 Linda Carr Revocable Trust, filed a petition in bankruptcy (In Re: Linda Carr, United States Bankruptcy Court, Eastern District of California (Sacramento), Case No. 06-22143-A-11). In light of the bankruptcy filing, this action is stayed as to Defendant LINDA CARR, one of the principal parties to this litigation.

DATED: July 12, 2006             KNOX, LEMMON & ANAPOLSKY, LLP

By: /s/ LOUIS J. ANAPOLSKY _____
LOUIS J. ANAPOLSKY, Attorneys for Plaintiffs
and Counter-Defendants DANA DICKEY,
ROBERT SCHIELD and ROBERT E. DICKEY,
JR.

1   DATED:  July 12, 2006                    LAW OFFICES OF ROBERT E. DICKEY, JR.

2

3                                            By: /s/ ROBERT E. DICKEY, JR.
                                                ROBERT E. DICKEY, JR., Attorneys for
4                                               Plaintiffs and Counter-Defendants DANA
                                                DICKEY, ROBERT SCHIELD and ROBERT E.
5                                               DICKEY, JR.

6   DATED:  July 12, 2006                    FARBSTEIN & BLACKMAN

7

8                                            By: /s/ JOHN S. BLACKMAN
9                                               JOHN S. BLACKMAN, Attorneys for Third
                                                Party Defendant ROBERT E. DICKEY, JR.
10

11  DATED:  July 12, 2006                    WILSON AND QUINT
12

13                                           By: /s/ MATTHEW F. QUINT
14                                              MATTHEW F. QUINT, Attorneys for
                                                Defendants DOUGLAS AUER and LINDA
15                                              CARR

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

KNOX, LEMMON & ANAPOLSKY, LLP
ONE CAPITOL MALL, SUITE 700, SACRAMENTO, CA 95814
TELE: (916) 498-9911 FAX: (916) 498-9991

3

Knox, Lemmon & Anapolsky, LLP
One Capitol Mall, Suite 700, Sacramento, CA 95814
Tele: (916) 498-9911 Fax: (916) 498-9991

1

**ORDER**

2

3      Based upon the stipulation of counsel contained herein, and good cause having been shown thereon,

4

5      **IT IS HEREBY ORDERED** that the VDRP mediation presently scheduled for July 17, 2006 is vacated and will be re-set upon further order of this Court.

6

7      **IT IS FURTHER ORDERED** that the parties shall immediately file a Joint Status Report if this action is settled at mediation, but in no event later than January 16, 2007.

8   DATED:  July 17, 2006

9

10

11      MORRISON C. ENGLAND, JR
        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION TO CONTINUE VDRP MEDIATION AND ORDER THEREON