KNOX, LEMMON & ANAPOLSKY, LLP
Louis J. Anapolsky, SBN 088485
One Capitol Mall, Suite 700
Sacramento, CA 95814
Telephone:  (916) 498-9911
Facsimile:  (916) 498-9991

LAW OFFICES OF ROBERT E. DICKEY, JR.
Robert E. Dickey, Jr., Nevada SBN 653
1610 Montclair Avenue, Suite A
Reno, NV  89509
Telephone:  (775) 324-4010
Facsimile:  (775) 324-4012

Attorneys for Plaintiffs and Counter-Defendants
DANA DICKEY and ROBERT SCHIELD and
Third Party Defendant ROBERT E. DICKEY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA DICKEY, RICHARD SCHIELD,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS AUER, AN INDIVIDUAL, LINDA CARR, AN INDIVIDUAL, LINDA CARR AS TRUSTEE OF THE 1995 LINDA CARR REVOCABLE TRUST, RIO DE LAS PLUMAS DEVELOPMENT GROUP, INC., A CALIFORNIA CORPORATION, RIO DE LAS PLUMAS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, RIDGE AT PORTOLA HEIGHTS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, SIERRA RIDGE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, AND DOES 1-50,<br><br>Defendants.<br><br>DOUGLAS AUER AND LINDA CARR, INDIVIDUALLY AND AS TRUSTEE OF THE 1995 LINDA CARR REVOCABLE TRUST,<br><br>Counter-Claimants,<br><br>v. | Case No. 2:05-cv-2373-MCE-GGH<br><br>**STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER, RE-OPEN DISCOVERY AND CONTINUANCE OF TRIAL DATE**<br><br>DATE:            April 16, 2007<br>TIME:             9:00 a.m.<br>COURTROOM:   3<br><br><br>TRIAL DATE:  September 12, 2007 |

KNOX, LEMMON & ANAPOLSKY, LLP
ONE CAPITOL MALL, SUITE 700, SACRAMENTO, CA 95814
TELE: (916) 498-9911  FAX: (916) 498-9991

1  RICHARD SCHIELD, DANA DICKEY, INDIVIDUALLY AND AS CO-TRUSTEE OF THE D&B FAMILY TRUST DATED JANUARY 9, 1991,

   Counter-Defendants.
   _____

   DOUGAS AUER AND LINDA CARR, INDIVIDUALLY AND AS TRUSTEE OF THE 1995 LINDA CARR REVOCABLE TRUST,

   Third Party Plaintiffs,

   v.

   ROBERT E. DICKEY, JR., INDIVIDUALLY AND AS CO-TRUSTEE OF THE D&B FAMILY TRUST DATED JANUARY 9, 1991; AND ROES 1 through 10, inclusive.

   Third Party Defendants.

**IT IS HEREBY STIPULATED** by and between counsel for the parties hereto that the hearing on the above entitled Motion for Order to Modify The Pretrial Scheduling Order, Re-Open Discovery And Continuance Of Trial Date presently scheduled for April 16, 2007 shall be continued to May 18, 2007. A Settlement Agreement has been entered into and approved by the Bankruptcy Court in the matter entitled In Re: Linda Carr, United States Bankruptcy Court, Eastern District of California (Sacramento), Case No. 06-22143-A-11. It is believed that the settlement will be fully funded and all claims relating to the above entitled matter dismissed on or before May 18, 2007.

DATED: April 12, 2007                    KNOX, LEMMON & ANAPOLSKY, LLP


                                         By: _____
                                             LOUIS J. ANAPOLSKY, Attorneys for Plaintiffs
                                             and Counter-Defendants DANA DICKEY,
                                             ROBERT SCHIELD and ROBERT E. DICKEY,
                                             JR.

DATED: _____    LAW OFFICES OF ROBERT E. DICKEY, JR.

By: _____
ROBERT E. DICKEY, JR., Attorneys for
Plaintiffs and Counter-Defendants DANA
DICKEY, ROBERT SCHIELD and ROBERT E.
DICKEY, JR.

DATED: _____    FARBSTEIN & BLACKMAN

By: _____
JOHN S. BLACKMAN, Attorneys for Third
Party Defendant ROBERT E. DICKEY, JR.

DATED: _____    WILSON AND QUINT

By: _____
MATTHEW F. QUINT, Attorneys for
Defendants DOUGLAS AUER and LINDA
CARR

### ORDER CONTINUING HEARING DATE

Good cause having been shown for the continuance of the hearing date in the above referenced matter, **IT IS HEREBY ORDERED** that the hearing date shall be continued to May 18, 2007 at 9:00 a.m. in Courtroom 3.

DATED: April 13, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE