MATTHEW F. QUINT, ESQ. – SBN 54369
GREGORY F. WILSON, ESQ. – SBN 78598
**WILSON & QUINT LLP**
250 Montgomery Street, 11th Floor
San Francisco, California 94104
Telephone: 415.288.6700
Facsimile:  415.398.1608

Attorneys for Defendants, Counter-Claimants
and Third Party Plaintiffs DOUGLAS AUER
and LINDA CARR, individually and as Trustee of
the 1995 LINDA CARR REVOCABLE TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA DICKEY, RICHARD SCHIELD,<br><br>       Plaintiffs,<br><br>vs.<br><br>DOUGLAS AUER, AN INDIVIDUAL, LINDA CARR, AN INDIVIDUAL, LINDA CARR AS TRUSTEE OF THE 1995 LINDA CARR REVOCABLE TRUST, RIO DE LAS PLUMAS DEVELOPMENT GROUP, INC., A CALIFORNIA CORPORATION, RIO DE LAS PLUMAS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, RIDGE AT PORTOLA HEIGHTS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, SIERRA RIDGE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, AND DOES 1-50,<br><br>       Defendants.<br><br>AND RELATED COUNTER CLAIMS AND THIRD PARTY CLAIMS | Case No.  2:05-CV-02373-MCE-GGH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

1

**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**

The parties, by and through their respective undersigned counsel of record, hereby stipulate that the above-referenced matter, including all claims, counterclaims and third-party claims, be dismissed in their entirety with prejudice, with the parties to bear their own costs and attorneys' fees incurred in the action.

DATED: May 17, 2007

LAW OFFICES OF ROBERT E. DICKEY, JR.

By: /s/ Robert E. Dickey, Jr.
ROBERT E. DICKEY, JR., Attorneys for Plaintiffs and Counter-Defendants DANA DICKEY, ROBERT SCHIELD and ROBERT E. DICKEY, JR.

DATED: May 15, 2007

KNOX, LEMMON & ANAPOLSKY, LLP

By: /s/ Louis J. Anapolsky
LOUIS J. ANAPOLSKY, Attorneys for Plaintiffs and Counter-Defendants DANA DICKEY, ROBERT SCHIELD and ROBERT E. DICKEY, JR.

DATED: 5/16/07

FARBSTEIN & BLACKMAN

By: /s John S. Blackman
JOHN S. BLACKMAN, Attorneys for Third Party Defendant ROBERT E. DICKEY, JR.

DATED: May 15, 2007

WILSON & QUINT LLP

By: /s/ Matthew F. Quint
MATTHEW F. QUINT, Attorneys for Defendants, Counter-Claimants and Third Party Plaintiffs DOUGLAS AUER And LINDA CARR

IT IS SO ORDERED.

DATED: June 6, 2007

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**